# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-57973  
**Case Name:** SINENI, SALVADOR A  
   SINENI, SHARON J.  
**Taxpayer ID #:** 13-7525315  
**Period Ending:** 04/18/07

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/06 | {9} | United States Treasury | federal income tax refund | 1224-000 | 6,976.00 | | 6,976.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.38 | | 6,977.38 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.59 | | 6,981.97 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.75 | | 6,986.72 |
| 08/22/06 | {10} | American Express | settlement of preferential transfer action against American Express | 1241-000 | 3,250.00 | | 10,236.72 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 5.25 | | 10,241.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.50 | | 10,248.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.18 | | 10,255.65 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.74 | | 10,262.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.52 | | 10,268.91 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.84 | | 10,275.75 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.12 | | 10,280.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.48 | | 10,286.35 |
| | | | **ACCOUNT TOTALS** | | 10,286.35 | 0.00 | $10,286.35 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,286.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,286.35** | **$0.00** | |

{} Asset reference(s)

Printed: 04/18/2007 05:25 PM   V.8.12

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-57973          **Trustee:** JOSEPH R. VOILAND (330380)
**Case Name:** SINENI, SALVADOR A          **Bank Name:** JPMORGAN CHASE BANK, N.A.
                   SINENI, SHARON J.          **Account:** ***-*****95-65 - Money Market Account
**Taxpayer ID #:** 13-7525315          **Blanket Bond:** $50,000,000.00 (per case limit)
**Period Ending:** 04/18/07          **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

|   | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|   | MMA # ***-*****95-65 | 10,286.35 | 0.00 | 10,286.35 |
|   |   | $10,286.35 | $0.00 | $10,286.35 |

{} Asset reference(s)          Printed: 04/18/2007 05:25 PM    V.8.12