**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SINENI, SALVADOR A | ) | |
| SINENI, SHARON J. | ) | CASE NO. 05-57973 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:    **May 24, 2007**
> at:    **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

> a. Receipts                                       $          10,275.75
>
> b. Disbursements                          $                0.00
>
> c. Net Cash Available for Distribution     $          10,275.75

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $           0.00 | $     1,777.58 | $ |
| JOSEPH R. VOILAND | $           0.00 | $ | $      129.33 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| US Bankruptcy Court | $ | 0.00 | $ | $ | 250.00 |
| JOSEPH R. VOILAND | $ | 0.00 | $ | 935.00 | $ |
| Trustee's Firm Legal | | | | | |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $126,624.71, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $5.67%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 12,183.87 | $ 691.23 |
| 2 | Discover Bank/Discover Financial Services | $ 9,572.46 | $ 543.08 |
| 3 | Target National Bank (f.k.a. Retailers National Ba | $ 2,529.18 | $ 143.49 |
| 4 | Chase Bank USA, N.A. | $ 23,098.84 | $ 1,310.47 |
| 5 | Chase Bank USA, N.A. | $ 9,495.65 | $ 538.72 |
| 6 | Chase Bank USA, N.A. | $ 26,476.10 | $ 1,502.08 |
| 7 | Chase Bank USA, N.A. | $ 23,755.66 | $ 1,347.74 |
| 8 | eCAST Settlement Corporation | $ 2,279.99 | $ 129.35 |
| 9 | US BANK | $ 3,946.04 | $ 223.87 |
| 10 | Sprint Nextel Corporation | $ 1,109.76 | $ 62.96 |
| 12 | Citibank/CHOICE | $ 12,177.16 | $ 690.85 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (1046 Lund Lane, Algonquin, IL) - $290,000.00; Checking Account (Bank One) – $20.00; Household Goods - $800.00; Wearing Apparel - $350.00; 1995 Ram Truck - $500.00; 1997 GMC Van - $800.00; 2000 Harley Fatboy - $15,000.00; 2004 Harley - $300.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **April 27, 2007**                    For the Court,

                                By:  **KENNETH S GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604