**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SINENI, SALVADOR A | ) | |
| SINENI, SHARON J. | ) | CASE NO. 05-57973 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         Kane County Courthouse
         100 S. 3rd Street, Room 140
         Geneva, IL  60134

    on:  **May 24, 2007**
    at:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $         10,275.75

    b. Disbursements                         $              0.00

    c. Net Cash Available for Distribution   $         10,275.75

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $        0.00 | $   1,777.58 | $ |
| JOSEPH R. VOILAND | $        0.00 | $ | $   129.33 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| US Bankruptcy Court | $ | 0.00 | $ | $ | 250.00 |
| JOSEPH R. VOILAND | $ | 0.00 | $ | 935.00 | $ |
| Trustee's Firm Legal | | | | | |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $126,624.71, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $5.67%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ | 12,183.87 | $ | 691.23 |
| 2 | Discover Bank/Discover Financial Services | $ | 9,572.46 | $ | 543.08 |
| 3 | Target National Bank (f.k.a. Retailers National Ba | $ | 2,529.18 | $ | 143.49 |
| 4 | Chase Bank USA, N.A. | $ | 23,098.84 | $ | 1,310.47 |
| 5 | Chase Bank USA, N.A. | $ | 9,495.65 | $ | 538.72 |
| 6 | Chase Bank USA, N.A. | $ | 26,476.10 | $ | 1,502.08 |
| 7 | Chase Bank USA, N.A. | $ | 23,755.66 | $ | 1,347.74 |
| 8 | eCAST Settlement Corporation | $ | 2,279.99 | $ | 129.35 |
| 9 | US BANK | $ | 3,946.04 | $ | 223.87 |
| 10 | Sprint Nextel Corporation | $ | 1,109.76 | $ | 62.96 |
| 12 | Citibank/CHOICE | $ | 12,177.16 | $ | 690.85 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (1046 Lund Lane, Algonquin, IL) - $290,000.00; Checking Account (Bank One) – $20.00; Household Goods - $800.00; Wearing Apparel - $350.00; 1995 Ram Truck - $500.00; 1997 GMC Van - $800.00; 2000 Harley Fatboy - $15,000.00; 2004 Harley - $300.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **April 27, 2007**            For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2          Date Rcvd: Apr 27, 2007
Case: 05-57973                Form ID: pdf002             Total Served: 41

The following entities were served by first class mail on Apr 29, 2007.
db         +Salvador A Sineni,    10406 Lund Ave.,     Algonquin, IL 60102-3479
jdb        +Sharon J. Sineni,     10406 Lund Ave.,     Algonquin, IL 60102-3479
aty        +Chris A Cieniawa,     Fisher and Shapiro LLC,     4201 Lake Cook Road,    Northbrook, IL 60062-1060
aty        +Gerard C Kepple,      Kepple Law Offices,    2020 Dean Street,     #M1,    St Charles, IL 60174-1665
tr         +Joseph Voiland,       Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
10300513    AT&T,    PO Box 688919,    Des Moines, IA 50368-8919
10300514    Bank Of America,    P O Box 1758,     Newark, NJ 07101-1758
10300515    Bank Of America,    PO Box 650260,    Dallas, TX 75265-0260
10300516    Bankcard Services,    P O Box 15137,    Wilmington, DE 19886-5137
10300517    Capital One,    P O Box 85167,    Richmond, VA 23285-5167
10300518    Capital One,    Bankruptcy Dept,    P O Box 85167,    Richmond, VA 23285-5167
10300519    Cardmember Service,    PO Box 15153,    Wilmington, DE 19850-5153
10300520   +Center Of Brain & Spine Surgery,    1875 Dempster St #605,     Park Ridge, IL 60068-1134
10909707   +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,     2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10968441    Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10300521    Creditors Interchange, Inc,    Chase Bank,    80 Holtz Dr,    Buffalo, NY 14225-1470
10300523    GC Services,    Nextel Communicatins,    6330 Gulfton St,    Houston, TX 77081-1108
10300524    GM Cardmember Service,    P O Box 37281,    Baltimore, MD 21297-3281
10300525    HSBC,    P O Box 80053,    Salinas, CA 93912-0053
10300526    ICS Inc,    Advanced RAdiology Associates,    PO Box 646,    Oak Lawn, IL 60454-0646
10300527    LTD Financial Services,    Target National Bank,    7322 Southwest Fwy Ste 1600,
             Houston, TX 77074-2000
10300512    Law Office Of Gerard Kepple,    03123420,    2020 Dean St Ste M1,    Saint Charles, IL 60174-1665
10300528   +Malcolm S. Gerald And Associates,    Sherman Hospital,    332 S Michigan Ave Ste 600,
             Chicago, IL 60604-4434
10300529    Pellettieri & Associates Ltd,    Advocate Lutheran General Hospital,    991 Oak Creek Dr,
             Lombard, IL 60148-6408
10300530   +Progressive Direct,    Dept 0561,    Carol Stream, IL 60132-0001
10300531   +Sherman Hospital,    Payment Processing Center,    934 Center St,    Elgin, IL 60120-2125
10300510   +Sineni Salvador A,    10406 Lund Ave,    Algonquin, IL 60102-3479
10300511   +Sineni Sharon J,    10406 Lund Ave,    Algonquin, IL 60102-3479
10300532    Sprint,    P O Box 219554,    Kansas City, MO 64121-9554
10941697    Sprint Nextel Corporation,    Attn Bankruptcy,    P.O. Box 172408,    Denver, CO 80217-2408
10300534    TDM,    Target,    P O Box 6700,    Norcross, GA 30091-6700
10300533    Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
10896751   +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10300535   +Transworld Systems Inc,    Northwest Metropolitan Urology,    5880 Commerce Blvd,
             Rohnert Park, CA 94928-1644
10926873  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229)
10300536  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166-0108)
10957683   +WILSHIRE CREDIT CORPORATION,    PO BOX 1650,    PORTLAND, OR 97207-1650
10300537   +Wilshire Credit Corporation,    P O Box 8517,    Portland, OR 97207-8517
10904983    eCAST Settlement Corporation,    assignee of HSBC Bank Nevada NA,    HSBC Card Services,    POB 35480,
             Newark, NJ 07193-5480
The following entities were served by electronic transmission on Apr 28, 2007.
10300522    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2007 09:15:08      Discover,    PO Box 15316,
             Wilmington, DE 19850-5316
10891990   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2007 09:15:08
             Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Joseph R Voiland
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7            Page 2 of 2           Date Rcvd: Apr 27, 2007
Case: 05-57973                Form ID: pdf002        Total Served: 41

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2007**                         **Signature:**       /s/ Joseph Speetjens