IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| J & R DRYWALL AND PAINTING, INC. | |
| | CASE NO. 00-10439 |
| | HONORABLE MANUEL BARBOSA |
| Debtor(s) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:  THE HONORABLE MANUEL BARBOSA,
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibits A and B, respectively.

All checks have been cashed. Evidence of all cancelled checks paid since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit C. The Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


10/8/2007                              /s/ Joseph R. Voiland
DATE                                   TRUSTEE