## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-57973 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | SINENI, SALVADOR A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SINENI, SHARON J. | | Account: | ***-*****95-65 - Money Market Account |
| Taxpayer ID #: | 13-7525315 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 09/19/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/16/06 | {9} | United States Treasury | federal income tax refund | 1224-000 | 6,976.00 | | 6,976.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.38 | | 6,977.38 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.59 | | 6,981.97 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.75 | | 6,986.72 |
| 08/22/06 | {10} | American Express | settlement of preferential transfer action against American Express | 1241-000 | 3,250.00 | | 10,236.72 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.25 | | 10,241.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.50 | | 10,248.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.18 | | 10,255.65 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.74 | | 10,262.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.52 | | 10,268.91 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.84 | | 10,275.75 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.12 | | 10,280.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.48 | | 10,286.35 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.67 | | 10,292.02 |
| 05/24/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 4.21 | | 10,296.23 |
| 05/24/07 | | To Account #********9566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 10,296.23 | 0.00 |

Subtotals :    **$10,296.23**    **$10,296.23**

{} Asset reference(s)                                       Printed: 09/19/2007 06:18 PM    V.8.12

Case 05-57973   Doc 45-3   Filed 10/08/07   Entered 10/08/07 15:38:33   Desc Exhibit 3 (zero balance Form 2)   Page 2 of 5

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 05-57973 | **Trustee:** JOSEPH R. VOILAND (330380) |
| **Case Name:** SINENI, SALVADOR A / SINENI, SHARON J. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****95-65 - Money Market Account |
| **Taxpayer ID #:** 13-7525315 | **Blanket Bond:** $50,000,000.00   (per case limit) |
| **Period Ending:** 09/19/07 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | **ACCOUNT TOTALS** | | 10,296.23 | 10,296.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,296.23 | |
| | | | **Subtotal** | | 10,296.23 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,296.23** | **$0.00** | |

{} Asset reference(s)

Printed: 09/19/2007 06:18 PM     V.8.12

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-57973 | | Trustee: | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- | --- |
| Case Name: | SINENI, SALVADOR A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SINENI, SHARON J. | | Account: | ***-*****95-66 - Checking Account |
| Taxpayer ID #: | 13-7525315 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 09/19/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/24/07 | | From Account #********9565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 10,296.23 | | 10,296.23 |
| 05/29/07 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 10,046.23 |
| 05/29/07 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $935.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 935.00 | 9,111.23 |
| 05/29/07 | 103 | Discover Bank/Discover Financial Services | Dividend paid   5.68% on $12,183.87; Claim# 1; Filed: $12,183.87; Reference: | 7100-000 | | 693.21 | 8,418.02 |
| 05/29/07 | 104 | Discover Bank/Discover Financial Services | Dividend paid   5.68% on $9,572.46; Claim# 2; Filed: $9,572.46; Reference: | 7100-000 | | 544.62 | 7,873.40 |
| 05/29/07 | 105 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid   5.68% on $2,529.18; Claim# 3; Filed: $2,529.18; Reference: | 7100-000 | | 143.90 | 7,729.50 |
| 05/29/07 | 106 | Chase Bank USA, N.A. | Dividend paid   5.68% on $23,098.84; Claim# 4; Filed: $23,098.84; Reference: | 7100-000 | | 1,314.21 | 6,415.29 |
| 05/29/07 | 107 | Chase Bank USA, N.A. | Dividend paid   5.68% on $9,495.65; Claim# 5; Filed: $9,495.65; Reference: | 7100-000 | | 540.25 | 5,875.04 |
| 05/29/07 | 108 | Chase Bank USA, N.A. | Dividend paid   5.68% on $26,476.10; Claim# 6; Filed: $26,476.10; Reference: | 7100-000 | | 1,506.36 | 4,368.68 |
| 05/29/07 | 109 | Chase Bank USA, N.A. | Dividend paid   5.68% on $23,755.66; Claim# 7; Filed: $23,755.66; Reference: | 7100-000 | | 1,351.58 | 3,017.10 |
| 05/29/07 | 110 | eCAST Settlement Corporation | Dividend paid   5.68% on $2,279.99; Claim# 8; Filed: $2,279.99; Reference: | 7100-000 | | 129.72 | 2,887.38 |
| 05/29/07 | 111 | US BANK | Dividend paid   5.68% on $3,946.04; Claim# 9; Filed: $3,946.04; Reference: | 7100-000 | | 224.51 | 2,662.87 |

Subtotals :              $10,296.23        $7,633.36

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-57973  
**Case Name:** SINENI, SALVADOR A  
SINENI, SHARON J.  
**Taxpayer ID #:** 13-7525315  
**Period Ending:** 09/19/07  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/07 | 112 | Sprint Nextel Corporation | Dividend paid  5.68% on $1,109.76; Claim# 10; Filed: $1,109.76; Reference: Stopped on 07/24/07 | 7100-000 | | 63.14 | 2,599.73 |
| 05/29/07 | 113 | Citibank/CHOICE | Dividend paid  5.68% on $12,177.16; Claim# 12; Filed: $12,177.16; Reference: | 7100-000 | | 692.82 | 1,906.91 |
| 05/29/07 | 114 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,906.91 | 0.00 |
| | | | Dividend paid 100.00%       1,777.58<br>on $1,777.58;  Claim# ;<br>Filed: $1,777.58 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       129.33<br>on $129.33;  Claim# ;<br>Filed: $129.33 | 2200-000 | | | 0.00 |
| 07/24/07 | 112 | Sprint Nextel Corporation | Dividend paid  5.68% on $1,109.76; Claim# 10; Filed: $1,109.76; Reference: Stopped: check issued on 05/29/07 | 7100-000 | | -63.14 | 63.14 |
| 07/24/07 | 115 | Clerk of the Bankruptcy Court, Northern District, IL | unclaimed funds - Sprint Nextel Corporation; Claim No. 10 | 7100-000 | | 63.14 | 0.00 |

**Subtotals :**     $0.00     $2,662.87

{} Asset reference(s)

Printed: 09/19/2007 06:18 PM     V.8.12

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-57973  
**Case Name:** SINENI, SALVADOR A  
SINENI, SHARON J.  
**Taxpayer ID #:** 13-7525315  
**Period Ending:** 09/19/07  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,296.23 | 10,296.23 | $0.00 |
| | | | Less: Bank Transfers | | 10,296.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,296.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,296.23** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****95-65** | 10,296.23 | 0.00 | 0.00 |
| **Checking # ***-*****95-66** | 0.00 | 10,296.23 | 0.00 |
| | $10,296.23 | $10,296.23 | $0.00 |

{} Asset reference(s)

Printed: 09/19/2007 06:18 PM    V.8.12